# GOV.UK
Find a registered design

- Feedback

## Design number
# 6010786

**Status**
Registered

**Registration date**
13 April 2017

**Renewal date**
13 April 2022

## Overview

**Application date**
13 April 2017

**Description**
A collar and a matching bracelet

## Classification

| | |
|---|---|
| **Class** | 30 - Articles for the care and handling of animals |
| **Sub class** | 04 - SADDLERY |
| **Class** | 11 - Articles of adornment |
| **Sub class** | 01 - JEWELLERY |

## Illustrations

  

# Names and addresses

## Contact (address for service)

### Owners

| Name | Address |
|---|---|
| FriendshipCollar Ltd | 78 York Street, LONDON, W1H 1DP |

# History

No history is available for this design



Main illustration for design number 6010786





Illustration 2 for design number 6010786



Illustration 3 for design number 6010786