UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-----------------------------------------------------------x

FRIENDSHIPCOLLAR LTD.,

           Plaintiff,

~ against ~

PAWZ LLC; and CHRISTIAN CAMPISI,

           Defendants.

-----------------------------------------------------------x

Civil Action: 5:18-cv-478

**AFFIDAVIT OF
<u>BARUCH S. GOTTESMAN, ESQ.</u>**

**I, Baruch S. Gottesman, Esq., being duly affirmed, deposes and states as follows:**

1. The facts stated in this Affidavit are within my personal knowledge and are true and correct to the best of my knowledge. If called to testify concerning these facts under oath, I could and would testify completely thereto. I am over 18 years of age, have never been convicted of a felony, and I am competent in all respects to make this declaration.

2. I am one of the attorneys of Plaintiff, FriendshipCollar Ltd.

3. I am *Of Counsel* to the firm of Horowitz and Rubenstein, LLC at 200 S. Service Road, Roslyn Heights, NY 11577, Tel: (917) 647-8625, Fax: (212) 859-7307; e-mail: bg@gottesmanlegal.com

4. I certify that I am eligible for admission *pro hac vice* before this Court. I am a member in good standing of the Bars of New York State and the State of New Jersey. I was admitted to the New York Bar in January 2007 where my Registration Number is 4480539. I was admitted to the New Jersey Bar in November 2006 where my Attorney ID Number is 022222006.

I am also admitted to practice before the District Courts of the Eastern District and Southern District of New York, the District Court for the District of New Jersey, and U.S. Tax Court.

5.    I submit this Affidavit in support of Plaintiff's Motion for admission *pro hac vice* to the United States Court for the Northern District of Ohio and to appear as an addition attorney of record for the Plaintiff. I seek this admission so that I may appear on behalf of the Plaintiff for purposes of this case.

6.    As noted, I am a member in good standing of the bar to which I have been admitted and have had no disciplinary or grievance proceedings filed against me.

7.    I have received a copy of the Local Rules for the United States District Court for the Northern District of Ohio and have read the same. I agree to abide by all rules and procedures contained therein.

8.    Annexed hereto is a Certificate of Good Standing issued within 30 days.

For the foregoing reasons, counsel for Plaintiff respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Baruch S. Gottesman, Esq.

Dated: February 23, 2018

RESPECTFULLY SUBMITTED

By: _____
Baruch S. Gottesman, Esq.
*Of Counsel*
Horowitz & Rubenstein LLC
185-12 Union Turnpike
Fresh Meadows, NY 11366
Phone: (917) 647-8625
Fax: (212) 859-7307
e-mail: bg@gottesmanlegal.com

JUDI F. SPRINGGATE
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
August 1, 2018

AFFIRMED AND SUBSCRIBED in my presence this 28th day of February 2018

_____
08/01/2018