UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **FRIENDSHIPCOLLAR LTD.** | ) | |
| | ) | No. 5:18-cv-00478-JRA |
| Plaintiff | ) | |
| | ) | Judge John R. Adams |
| -vs- . | ) | |
| | ) | |
| **PAWZ, LLC** | ) | |
| | ) | **STIPULATED MOTION FOR** |
| and | ) | **EXTENSION OF TIME TO** |
| | ) | **ANSWER OR OTHERWISE** |
| **CHRISTIAN CAMPISI** | ) | **PLEAD** |
| | ) | |
| Defendants | ) | |

_____

Pursuant to Fed.R.Civ.P. 6(b), Defendants PAWZ, LLC and Christian Campisi hereby request that the Court allow an extension of time up to and including April 30, 2018, for Defendants to answer or otherwise respond to the Complaint. The undersigned has spoken with Michael J. Elliott, one of the attorneys for Plaintiff FriendshipCollar, Ltd., and he has stipulated to the extension. Attached herein is a Proposed Order granting this motion.

                                                    Respectfully submitted,

                                                    **EMERSON THOMSON BENNETT**

                                                    */s/ Deron A. Cook*_____
                                                    Deron A. Cook (OH 0072937)
                                                    dac@etblaw.com
                                                    Sergey Vernyuk (OH 0089101)
                                                    sv@etblaw.com
                                                    1914 Akron-Peninsula Rd.
                                                    Akron, Ohio  44313
                                                    (330) 434-9999
                                                    (330) 434-8888 Facsimile

Dated: March 23, 2018                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulated Motion for Extension of Time is being filed electronically, on this 23rd day of March, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Deron A. Cook

      Deron A. Cook (OH 0072937)
      dac@etblaw.com
      **EMERSON THOMSON BENNET, LLC**
      1914 Akron-Peninsula Road
      Akron, OH 44313
      Phone: 330-434-9999
      Fax: 330-434-8888