UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **FRIENDSHIPCOLLAR LTD.** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 5:18-cv-00478-JRA |
| -vs- . | ) | |
| | ) | |
| **PAWZ, LLC** | ) | |
| | ) | **[PROPOSED] ORDER GRANTING** |
| and | ) | **MOTION FOR EXTENSION OF** |
| | ) | **TIME TO ANSWER OR OTHERWISE** |
| **CHRISTIAN CAMPISI** | ) | **PLEAD** |
| | ) | |
| Defendants | ) | |

_____

THIS CAUSE has come before the Court upon the Stipulation for Extension of Time for Defendants PAWZ, LLC and Christian Campisi, to respond to the Complaint, and the Court being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. Said stipulation be, and the same is hereby GRANTED.

2. Defendants, PAWZ, LLC and Christian Campisi, are granted an extension to respond to the Complaint up to and including April 30, 2018.

Dated:_____          _____

                                                                                       The Honorable John R. Adams
                                                                                       United States District Judge