**Attachment 4**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| _____, ) | **JUDGE JOHN R. ADAMS** | |
| ) | | |
| **Plaintiff(s),** ) | | |
| ) | **CASE NO.** _____ | |
| vs. ) | | |
| ) | | |
| _____, ) | **PRELIMINARY ESTIMATE/** | |
| ) | **BUDGET OF AMOUNT OF FEES** | |
| **Defendant(s).** ) | **AND EXPENSES** | |

The following is a preliminary estimate and/or budget of the **Plaintiff's / Defendant's**

(circle one) anticipated to be the subject of a claim in this case.

<u>Attorney's Fees</u>                                         <u>Costs</u>

Preliminary Investigation
& Filing Complaint                    $_____         Deposition          $_____

Procedural Motion s Practice          $_____         Experts             $_____

Discovery                             $_____         Witness Fees        $_____

Dispositive Motions Practice          $_____         Juror Fees          $_____

Settlement Negotiations               $_____         Other               $_____

Trial                                 $_____

TOTAL FEES                            $_____         TOTAL COSTS $_____