UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **FRIENDSHIPCOLLAR LTD.** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 5:18-cv-00478-JRA |
| -vs- . | ) | |
| | ) | |
| **PAWZ, LLC** | ) | |
| | ) | **STIPULATED MOTION FOR** |
| and | ) | **EXTENSION OF TIME TO** |
| | ) | **ANSWER OR OTHERWISE** |
| **CHRISTIAN CAMPISI** | ) | **PLEAD** |
| | ) | |
| Defendants | ) | |

_____

Pursuant to Fed.R.Civ.P. 6(b), Defendants PAWZ, LLC and Christian Campisi hereby request that the Court allow an extension of time up to and including May 11, 2018, for Defendants to answer or otherwise respond to the Complaint. The parties are engaged in settlement discussions. The undersigned has spoken with Baruch Gottesman, one of the attorneys for Plaintiff FriendshipCollar, Ltd., and he has consented to the extension. Attached herein is a Proposed Order granting this motion.

                                                                      Respectfully submitted,

                                                                       **EMERSON THOMSON BENNETT**

                                                                       */s/ Deron A. Cook*_____
                                                                       Deron A. Cook
                                                                       Sergey Vernyuk
                                                                       1914 Akron-Peninsula Rd.
                                                                       Akron, Ohio  44313
                                                                       (330) 434-9999
                                                                       (330) 434-8888 Facsimile
                                                                       E-mail: dac@etblaw.com
                                                                       *Attorneys for Defendants*

Dated: April 23, 2018

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Stipulated Motion for Extension of Time is being filed electronically, on this 23rd day of April, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

       /s/ Deron A. Cook

       Deron A. Cook (OH 0072937)
       dac@etblaw.com
       **EMERSON THOMSON BENNET, LLC**
       1914 Akron-Peninsula Road
       Akron, OH 44313
       Phone: 330-434-9999
       Fax: 330-434-8888