IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **FRIENDSHIPCOLLAR LTD.** ) | |
| ) | |
|     Plaintiff ) | |
| ) | No. 5:18-cv-00478-JRA |
| -vs- . ) | |
| ) | |
| **PAWZ, LLC** ) | |
| ) | |
|     and ) | |
| ) | |
| **CHRISTIAN CAMPISI** ) | |
| ) | |
|     Defendants ) | |

_____

## MOTION TO WITHDRAW AS COUNSEL

Per LR 83.9, the undersigned respectfully moves this Court for leave for the attorneys of Emerson Thomson Bennett, LLC, (namely, Deron A. Cook and Sergey V. Vernyuk) to withdraw as counsel of Defendants PAWZ, LLC and Christian Campisi in this case.

Counsel, in accordance with the scope of its engagement by Defendants, has represented Defendants in good faith in efforts to reach a settlement of this dispute. Having engaged in numerous settlement discussions with Plaintiff's counsel, which have not lead to resolution of

1

the dispute, Counsel seeks withdrawal to comply with the scope of its representation and facilitate Defendants' selection of new counsel to assume responsibilities in this case. Defendants have been kept advised of the previously filed and granted Motions for extension of the deadlines for Answering the Complaint in order to facilitate those efforts to negotiate a settlement. Most recently, the deadline for filing the Answer has been extended to May 11, 2018. Therefore, the requested withdrawal can be accomplished without material adverse effect on the interests of Defendants. As required, we have provided written notice to Plaintiff and Defendants, and Plaintiff does not oppose this motion.

                                                                            Respectfully submitted,

                                                       **EMERSON THOMSON BENNETT**

                                                       */s/ Deron A. Cook*_____
                                                       Deron A. Cook
                                                       Sergey Vernyuk
                                                       1914 Akron-Peninsula Rd.
                                                       Akron, Ohio  44313
                                                      (330) 434-9999
                                                       (330) 434-8888 Facsimile
                                                       E-mail: dac@etblaw.com
                                                       *Attorneys for Defendants*

Dated: April 24, 2018

CERTIFICATE OF SERVICE

    I hereby certify that a copy the foregoing Motion is being filed electronically on this 24th day of April 2018.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

        s/ Deron A. Cook
        Deron A. Cook (Ohio Bar # 0072937)
        dac@etblaw.com
        1914 Akron-Peninsula Rd.
        Akron, Ohio 44313
        (330) 434-9999 – Telephone
        (330) 434-8888 – Facsimile