# GOV.UK

Find a registered design

- Feedback

---

60 designs found for owner 'FriendshipCollar Ltd '



## A Malachite cat collar and a matching bracelet

**Design number**
6024349
**Status**
Registered

**Date registered**
26 December 2017



## Azur - A dog collar and a matching bracelet

**Design number**
6024348
**Status**
Registered

**Date registered**
26 December 2017



## Berry Christmas A dog collar and a matching bracelet

**Design number**
6024347
**Status**
Registered

**Date registered**
26 December 2017



### Sgt Paws A dog collar and a matching bracelet

**Design number**
6024346
**Status**
Registered

**Date registered**
26 December 2017



### LOVE blue Dog Leash

**Design number**
6024345
**Status**
Registered

**Date registered**
26 December 2017



### LOVE pink Dog Leash

**Design number**
6024344
**Status**
Registered

**Date registered**
26 December 2017



## Blue LOVE - A dog collar and matching bracelet

**Design number**
6024343
**Status**
Registered

**Date registered**
26 December 2017



## LOVE pink Dog Collar and matching bracelet

**Design number**
6024342
**Status**
Registered

**Date registered**
26 December 2017



## Magical Malachite Leash

**Design number**
6024341
**Status**
Registered

**Date registered**
26 December 2017



## Magical Malachite Dog collar and matching bracelet

**Design number**
6024340
**Status**
Registered

**Date registered**
26 December 2017



## Cat collar and a matching bracelet

**Design number**
6010827
**Status**
Registered

**Date registered**
13 April 2017



## Cat collar and a matching bracelet

**Design number**
6010826
**Status**
Registered

**Date registered**
13 April 2017



## Cat collar and a matching bracelet

**Design number**
6010825

**Status**
Registered

**Date registered**
13 April 2017



## Cat collar and a matching bracelet

**Design number**
6010824
**Status**
Registered

**Date registered**
13 April 2017



## Cat collar and a matching bracelet

**Design number**
6010823
**Status**
Registered

**Date registered**
13 April 2017



## Cat collar and a matching bracelet

**Design number**
6010822
**Status**
Registered

**Date registered**
13 April 2017



### Cat collar and a matching bracelet

**Design number**
6010821
**Status**
Registered

**Date registered**
13 April 2017



### Cat collar and a matching bracelet

**Design number**
6010820
**Status**
Registered

**Date registered**
13 April 2017



### Cat collar and a matching bracelet

**Design number**
6010819
**Status**
Registered

**Date registered**
13 April 2017



## Cat collar and a matching bracelet

**Design number**
6010818
**Status**
Registered

**Date registered**
13 April 2017



## A collar and a matching bracelet

**Design number**
6010817
**Status**
Registered

**Date registered**
13 April 2017



## A collar and a matching bracelet

**Design number**
6010816
**Status**
Registered

**Date registered**
13 April 2017



## A collar and a matching bracelet

**Design number**
6010815

**Status**
Registered

**Date registered**
13 April 2017



## A collar and a matching bracelet

**Design number**
6010814
**Status**
Registered

**Date registered**
13 April 2017



## A collar and a matching bracelet

**Design number**
6010813
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010812
**Status**
Registered

**Date registered**
13 April 2017



### A dog collar and matching bracelet

**Design number**
6010811
**Status**
Registered

**Date registered**
13 April 2017



### A dog collar and matching bracelet

**Design number**
6010810
**Status**
Registered

**Date registered**
13 April 2017



### A dog collar and matching bracelet

**Design number**
6010809
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010808
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010807
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010806
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010805
**Status**

Registered

**Date registered**
13 April 2017



### A dog collar and matching bracelet

**Design number**
6010804
**Status**
Registered

**Date registered**
13 April 2017



### A dog collar and matching bracelet

**Design number**
6010803
**Status**
Registered

**Date registered**
13 April 2017



### A dog collar and matching bracelet

**Design number**
6010802
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010801
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010800
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and a matching bracelet

**Design number**
6010799
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010798
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010797
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010796
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010795

**Status**

Registered

**Date registered**

13 April 2017



## A dog collar and matching bracelet

**Design number**

6010794

**Status**

Registered

**Date registered**

13 April 2017



## A dog collar and matching bracelet

**Design number**

6010793

**Status**

Registered

**Date registered**

13 April 2017



## A dog collar and matching bracelet

**Design number**

6010792

**Status**

Registered

**Date registered**

13 April 2017



## A dog collar and matching bracelet

**Design number**
6010791
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010790
**Status**
Registered

**Date registered**
13 April 2017



## A dog collar and matching bracelet

**Design number**
6010789
**Status**
Registered

**Date registered**
13 April 2017



### A collar and a matching bracelet

**Design number**
6010788
**Status**
Registered

**Date registered**
13 April 2017



### A collar and a matching bracelet

**Design number**
6010787
**Status**
Registered

**Date registered**
13 April 2017



### A collar and a matching bracelet

**Design number**
6010786
**Status**
Registered

**Date registered**
13 April 2017



### A collar and a matching bracelet

**Design number**
6010785

**Status**

Registered

**Date registered**

13 April 2017



## A collar and a matching bracelet

**Design number**

6010784

**Status**

Registered

**Date registered**

13 April 2017



## A collar and a matching bracelet

**Design number**

6010783

**Status**

Registered

**Date registered**

13 April 2017



## A collar and a matching bracelet

**Design number**

6010782

**Status**

Registered

**Date registered**

13 April 2017



## A collar and a matching bracelet

**Design number**
6010781
**Status**
Registered

**Date registered**
13 April 2017



## A collar and a matching bracelet

**Design number**
6010780
**Status**
Registered

**Date registered**
13 April 2017



## A collar and a matching bracelet

**Design number**
6010779
**Status**
Registered

**Date registered**
13 April 2017



## A collar and a matching bracelet

**Design number**
6010778
**Status**
Registered

**Date registered**
13 April 2017