IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRIENDSHIPCOLLAR LTD., | ) | |
| | ) | CASE NO. 5:18-cv-00478 |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| PAWZ, LLC, and CHRISTIAN CAMPISI, | ) | |
| | ) | |
| Defendants. | ) | **MOTION FOR LEAVE TO** |
| | ) | **WITHDRAW AS COUNSEL OF** |
| | ) | **RECORD** |

Per Local Rule 83.9, the undersigned respectfully moves this Court for leave for attorneys John M. Skeriotis and Sergey Vernyuk of Emerson Thomson Bennett, LLC, to withdraw as counsel for Defendants PAWZ, LLC and Christian Campisi in the above-captioned case.

The undersigned has provided written notice to the Defendants and sent notice to Plaintiff's counsel, Michael Elliott and Baruch Gottesman, informing them of the intent to move the Court to withdraw as counsel of record.

Defendants have been apprised of all upcoming due dates, which include the following:

- Defendants' PAWZ and Campisi's Responses to Plaintiff's (a) First Set of Interrogatories; (b) Request for the Production of Documents and Things; (c) First Set of Requests for Admissions: Served on June 21; responses due on or before July 23, 2018;

- Defendants' PAWZ and Campisi's Answer to the First Amended Complaint; filed on Thursday, June 28, 2018. Answer or otherwise plead is due 14 days after service, *i.e.*, on or before July 12, 2018.

The withdrawal is requested as Defendants and counsel below have irreconcilable differences. The requested withdrawal can be accomplished without material adverse effect on the interests of Defendants because the case is still in its infancy and, especially in light of

Plaintiff's First Amended Complaint, Defendants' new counsel will have the ability to plan trial strategy from a very early stage of the case.

                                                          Respectfully submitted,

                                                          **EMERSON THOMSON BENNETT, LLC**

                                                          */s/ John Skeriotis*
                                                          John M. Skeriotis (Ohio Bar No. 0069263)
                                                          jms@etblaw.com
                                                          Sergey Vernyuk (Ohio Bar No. 0089101)
                                                          sv@etblaw.com
                                                          1914 Akron-Peninsula Rd.
                                                          Akron, Ohio 44313
                                                          (330) 434-9999 – Telephone
                                                          (330) 434-8888 – Facsimile
                                                          *Attorneys for Defendants PAWZ, LLC*
                                                          *and Christian Campisi*

**NOTICE OF ELECTRONIC FILING**

I hereby certify that a copy the foregoing is being filed electronically, on this 3rd day of July 2018.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

>  */s/ John Skeriotis*
>  John Skeriotis