Motion granted.  Response to amended complaint now due 8/2/18.
/s/ John R. Adams
U.S. District Judge
7/5/18

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRIENDSHIPCOLLAR LTD., | ) | |
| | ) | CASE NO. 5:18-cv-00478 |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| PAWZ, LLC, and CHRISTIAN CAMPISI, | ) | **MOTION FOR EXTENSION OF TIME** |
| | ) | **TO ANSWER OR OTHERWISE PLEAD** |
| Defendants. | ) | |

Pursuant to Fed.R.Civ.P. 6(b), Defendants hereby request that the Court allow an extension of time up to and including August 2, 2018, for Defendants to answer or otherwise respond to the First Amended Complaint.  Plaintiff filed the First Amended Complaint on June 28, 2018.  Per Fed.R.Civ.P. 15(a)(3), a response is due 14 days after service, *i.e.,* on July 12, 2018.  The undersigned counsel is contemporaneously filing a motion to withdraw as counsel of record, and Defendants will need the additional time to obtain new counsel in this case.

Respectfully submitted,

**EMERSON THOMSON BENNETT, LLC**

*/s/ John Skeriotis*
John M. Skeriotis (Ohio Bar No. 0069263)
jms@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile
*Attorneys for Defendants PAWZ, LLC
and Christian Campisi*