# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Friendship Collar** | } | |
| | } | **JUDGE JOHN R. ADAMS** |
| Plaintiff(s), | } | |
| | } | |
| vs. | } | NO.  5:18CV478 |
| | } | |
| **Pawz** | } | |
| | } | **N O T I C E** |
| | } | |
| Defendant(s) | } | |

TAKE NOTICE that the above-entitled case has been scheduled for a TELEPHONE CONFERENCE at <u>August 8, 2018 at 1:30 p.m.</u>  Only counsel is required to participate. Plaintiff shall initiate the conference call to the Court.

**DATE : July 6, 2018**                          **SANDY OPACICH**
                                                                          **Clerk**


                                                    **By**    *s/Christin M. Kestner*
                                                          **Courtroom Clerk to the**
                                                          **Honorable John R. Adams**
                                                          **(330) 252-6070**