UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| **FRIENDSHIPCOLLAR LTD.,** | ) | Civil Action: 5:18-CV-478 |
|  | ) |  |
| *Plaintiff*, | ) | JUDGE: DAN AARON POLSTER |
|  | ) |  |
| vs. | ) | **STATUS REPORT SUBMITTED BY** |
|  | ) | **PLAINTIFF,** |
| **PAWZ LLC, et al.,** | ) | **FRIENDSHIPCOLLAR LTD.** |
|  | ) |  |
| *Defendants.* | ) |  |
|  | ) |  |
|  | ) |  |

Pursuant to the Court's Case Management Plan filed in this matter, Plaintiff FriendshipCollar Ltd., respectfully submits as its first status report the following:

a). <u>Brief Overview:</u> This is the Plaintiff's first status report since the Case Management Conference on May 31, 2018.

b). <u>Status of Discovery:</u> Plaintiff served written discovery upon the Defendants on June 21, 2018 and a response is due by July 20, 2018.

c). <u>Status of Depositions:</u> On June 20, 2018, Counsel for Plaintiff requested the deposition of the individual Defendant, Chris Campisi, and his girlfriend who it is believed helps to run the Defendant business. There has been no response to the request as of yet. Pursuant to the Court Order depositions are to be completed by September 10, 2018.

d). <u>Status of Settlement Negotiations:</u> A revised demand was made on July 2, 2018. There has been no response.

e). <u>Statement of Issues:</u> The sudden notice of withdrawal by counsel for the Defendants on July 3, 2018, has called into question the parties' ability to complete the

1

deadlines set by the Court during the Case Management Conference. Counsel for Defendant has filed for leave in which to respond to the Plaintiff's amended complaint until August 2, 2018, which is just over 30 days from the date this Court set as the deadline to complete discovery (9/10).

Respectfully Submitted,

**SCANLON & ELLIOTT**

_s/ Michael J. Elliott_
Michael J. Elliott (0070072)
57 S. Broadway St., Third Fl.
Akron, OH 44308
P: (330) 376-1440
F: (330) 376-0257
MElliott@scanlon.law
*One of the Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically this 9th day of July, 2018. Notice of this filing will be sent to the parties via regular U.S. mail and the Courts electronic filing system to the following:

PAWZ LLC
6981 Maple Glen Ave. NW
North Canton, OH 44720

Christian Campisi
6981 Maple Glen Ave. NW
North Canton, OH 44720

_/s/ Michael J. Elliott_
Michael J. Elliott (0070072)