# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **FRIENDSHIPCOLLAR LTD.,** | Civil Action.: 5:18-CV-478 |
| Plaintiff, | JUDGE: JOHN R. ADAMS |
| v. | |
| **PAWZ LLC, et al.,** | **PLAINTIFF'S NOTICE TO TAKE DEPOSITION OF DEFENDANT** |
| Defendant. | |

Pursuant to Rule 30 & 32 of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice of the taking of the deposition of the defendant, **Christian Campisi, on Thursday, the 23rd of August 2018, to begin at 10:00 a.m.** at the offices of Scanlon and Elliott, 57 S. Main Street Third Floor, Akron, Ohio 44308.

Respectfully Submitted,

**SCANLON & ELLIOTT**

  *s/ Michael J. Elliott*
Michael J. Elliott (0070072)
57 S. Broadway St., Third Fl.
Akron, OH  44308
P: (330) 376-1440
F: (330) 376-0257
MElliott@scanlon.law
*One of the Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically this 31st day of July, 2018. Notice of this filing will be sent to the parties via regular U.S. mail and the Courts electronic filing system to the following:

PAWZ LLC
6981 Maple Glen Ave. NW
North Canton, OH 44720

Christian Campisi
6981 Maple Glen Ave. NW
North Canton, OH 44720

                                                                                                     _/s/ *Michael J. Elliott*_____
                                                                                                      Michael J. Elliott (0070072)