# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| **FRIENDSHIPCOLLAR LTD.,** | ) | Civil Action: 5:18-CV-478 |
| *Plaintiff*, | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |
| **PAWZ LLC, et al.,** | ) |  |
| *Defendants.* | ) |  |

    Pursuant to Fed. R. Civ. P. 6(b)(1)(B), and for good cause shown, Plaintiff, FriendshipCollar Ltd., hereby requests that the Court allow an extension of time, up to and including September 13, 2018, in which to respond to Defendants' counterclaim. On Wednesday, August 22, 2018, counsel for the Plaintiff and counsel for the Defendants conducted a phone conference to discuss potential terms of settlement. At the time the parties stipulated to and agreed upon an added 14 days in which to respond to the Defendants' counterclaim. On Monday, August 27, 2018, a proposed stipulated motion for extension of time was submitted to defense counsel for approval along with 7 additional days. Opposing counsel responded by indicating that they would not be able to stipulate to a motion for an extension of time but would not oppose the motion.

    Given the multiple issues that still need to be addressed, along with an impending holiday, counsel for Plaintiff are requesting until September 13, 2018, to respond to the counterclaim. Attached herein is a Proposed Order granting the motion.

      Respectfully submitted:

      */s/ Michael J. Elliott*
      Michael J. Elliott, Esq. (0070072)
      57 S. Broadway St. 3rd Fl
      Akron, Ohio 44308
      Phone: 330.376.1440
      Facsimile: 330.376.0257
      melliott@scanlon.law


      */s/ Baruch S. Gottesman*
      Baruch S. Gottesman, Esq.
      Horowitz & Rubenstein LLC
      185-12 Union Turnpike
      Fresh Meadows, NY 11366
      Phone: 917.647.8625
      Facsimile: 212.859.730
      Baruch.gottesman@gmail.com

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically this 28th day of August, 2018. Notice of this filing will be sent to the parties via electronic mail and the Court's electronic filing system to the following:

Laura J. Gentilcore, Esq.
Ray L. Weber, Esq.
106 S. Main St Ste 400
Akron OH  44308
ljgentilcore@rennerkenner.com
rlweber@rennerkenner.com
*Counsel for Defendants*


      */s/ Michael J. Elliott*
      Michael J. Elliott (0070072)